# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

SANDRA ALLEN             CASE NO.     6:16-bk-05859-ABB

    Debtor.             CHAPTER   13

_____/

## OBJECTION TO CONFIRMATION OF PLAN

Creditor, Specialized Loan Servicing LLC as servicing agent for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC, objects to Debtor's Plan and states:

1. Creditor holds a secured claim by virtue of its note and mortgage on the property located at 615 Midiron Dr, Kissimmee, Florida 34759.

2. Creditor intends to timely file a Proof of Claim ("Claim").

3. Creditor anticipates its Claim will reflect a total secured claim in the amount of approximately $40,085.21 along with $32,277.41 in pre-petition arrearage.

4. Debtor's Plan indicates an intention to mediate with Creditor through the Loss Mitigation Mediation Program; however, as of the date of this Objection, a motion for Loss Mitigation Mediation has not been filed.

5. Creditor has the right to inquire further into the Debtor's ability to be eligible for a loan modification either before or during the mediation process.

6. If a mediation is had and results in an impasse or denial of the modification, Creditor's claim should be paid in full or the property surrendered.

7. Moreover, Debtor's Plan should account for future taxes and insurance during the pendency of the potential mediation.

8. Creditor reserves the right to supplement this Objection, as necessary.

**WHEREFORE**, Creditor respectfully requests the Court sustain its Objection and for such other and further relief as the Court deems appropriate.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by CM/ECF notice to the parties below this 27th day of September, 2016.

**BUCKLEY MADOLE, P.C.**

*/s/ Austin M. Noel*
Austin M. Noel, Esquire
Florida Bar Number 106539
Buckley Madole, P.C.
P.O. Box 22408
Tampa, FL 33622
Telephone/Fax: 813-774-6221
bkfl@buckleymadole.com

**VIA CM/ECF NOTICE**
Sandra Allen
c/o Debtor's Counsel
615 Midiron Drive
Kissimmee, FL 34759-4121

Erin E. Tudhope
Tudhope Law PA
1681 Maitland Ave
Maitland, FL 32751-3319

**Chapter 13 Trustee**
Laurie K. Weatherford
Post Office Box 3450
Winter Park, Florida 32790